# United States District Court

WESTERN DISTRICT OF WASHINGTON

EUGENE BEAUREGARD and
SUSAN BEAUREGARD, and the
marital community composed thereof,

v.

JOHN HILLOCK, et al

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  C09-1614RJB

___  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

Plaintiffs' Motion for Preliminary Injunction (Dkt 3) is DENIED.  This case is DISMISSED as frivolous and for failure to state a claim.  Plaintiffs may not file another amended complaint.

December 3, 2009

BRUCE RIFKIN
Clerk

/s/  Dara  L.  Kaleel
By Dara L. Kaleel, Deputy Clerk