# United States District Court

WESTERN DISTRICT OF WASHINGTON

EUGENE BEAUREGARD and  JUDGMENT IN A CIVIL CASE
SUSAN BEAUREGARD, and the
marital community composed thereof,

v.

JOHN HILLOCK, et al  CASE NUMBER: C09-1614RJB

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

Plaintiffs' Motion for Preliminary Injunction (Dkt 3) is DENIED. This case is DISMISSED as frivolous and for failure to state a claim. Plaintiffs may not file another amended complaint.

December 3, 2009  BRUCE RIFKIN
  Clerk

  /s/ Dara L. Kaleel
  By Dara L. Kaleel, Deputy Clerk